# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYKROLIS CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 03-10392-GAO |
| v. ) | |
| ) | Judge George A. O'Toole, Jr. |
| PALL CORPORATION ) | |
| ) | FILING FEE PAID: |
| Defendant. ) | RECEIPT # |
| | AMOUNT $ |
| | BY DPTY CLK |
| | DATE |

## NOTICE OF APPEAL
## TO THE
## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

Notice is hereby given that Pall Corporation, defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Court's Memorandum and Order of April 30, 2004 concerning claim construction and entering a preliminary injunction.

Respectfully submitted,

PALL CORPORATION

Date: May 26, 2004

H. Michael Hartmann
Mark E. Phelps
Jeremy C. Lowe
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601-6780
Voice: (312) 616-5600

1

Gary R. Greenberg
B.B.O. No. 209420
Louis J. Scerra, Jr.
B.B.O. No. 543600
GREENBERG TRAURIG, LLP
One International Place
20th Floor
Boston, MA 02110
Voice: (617) 310-6013

Attorneys for Defendant
PALL CORPORATION.

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 26, 2004 a true and accurate copy of the foregoing NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT was served upon counsel for Mykrolis Corporation in the manner set out below:

*By Facsimile and Overnight Courier:*

Susan G. L. Glovsky
HAMILTON, BROOK, SMITH & REYNOLDS, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133

*By Hand:*

John T. Montgomery
ROPES & GRAY
One International Place
Boston, Massachusetts 02110

_____
Gary R. Greenberg