IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 MAY 26  P 4:00

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| MYKROLIS CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 03-10392-GAO |
| v. | ) | |
| | ) | Judge George A. O'Toole, Jr. |
| PALL CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To:   Susan G. L. Glovsky
      HAMILTON, BROOK, SMITH & REYNOLDS, P.C.
      530 Virginia Road
      P.O. Box 9133
      Concord, Massachusetts 01742-9133

      John T. Montgomery
      ROPES & GRAY
      One International Place
      Boston, Massachusetts 02110

Please take notice that Pall Corporation filed a Notice of Appeal in the above-captioned case with the Clerk of the United States District Court for the District of Massachusetts on May 26, 2004. A copy of the Notice of Appeal is attached hereto.

1

Respectfully submitted,

PALL CORPORATION

Date: May 26, 2004

_____
H. Michael Hartmann
Mark E. Phelps
Jeremy C. Lowe
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601-6780
Voice: (312) 616-5600

Gary R. Greenberg
B.B.O. No. 209420
Louis J. Scerra, Jr.
B.B.O. No. 543600
GREENBERG TRAURIG, LLP
One International Place
20th Floor
Boston, MA 02110
Voice: (617) 310-6013

Attorneys for Defendant
PALL CORPORATION

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 26, 2004 a true and accurate copy of the foregoing NOTICE OF FILING was served upon counsel for Mykrolis Corporation in the manner set out below:

### *By Facsimile and Overnight Courier:*

Susan G. L. Glovsky
HAMILTON, BROOK, SMITH & REYNOLDS, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133

### *By Hand:*

John T. Montgomery
ROPES & GRAY
One International Place
Boston, Massachusetts 02110

_____
Gary R. Greenberg