# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

04-1440 - MYKROLIS CORP V PALL CORP

06/29/04
(Date of Docketing)

Appeal from DCT NO. 1:03-CV-10392

United States District Court / District of Massachusetts

Name of appellant(s): PALL CORPORATION

Critical dates for counsel, pro se parties, and the court include:

   Date of docketing, as above (Rules 12 & 15)
   Entry of appearance due (Rule 47.3)
   Certificate of interest due (Rule 47.4)
   **Briefs due (Rule 31) "You will not receive a separate briefing schedule from the Clerk's Office".**
   Joint Statement of Compliance with Fed Cir. R. 33.
   **Calendar for oral argument or submission on briefs (Rule 34 & Practice Note) - Please notify the Clerk's Office of any possible conflicts as soon as possible.**

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

  Attachments (with recipients noted) to this notice include:

   Official caption (All)
   Rules of Practice (pro se parties - attorneys must return the form below)
   Entry of appearance form (All counsel and pro se parties)
   Informal brief form (Pro se parties)
   Transcript Purchase Order form (Rule 3 appellants)
   Motion and Affidavit for Leave to Proceed in Forma Pauperis form (parties owing the docketing fee)

JAN HORBALY, Clerk

cc:  USDC MA
     H. Michael Hartmann
     John T. Montgomery

The Federal Circuit's Rules of Practice are available by calling (202) 633-6550, and the Rules are likewise available for downloading at www.fedcir.gov.

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Official Caption[1]

04-1440

MYKROLIS CORPORATION,

                        Plaintiff-Appellee,

v.

PALL CORPORATION,

                        Defendant-Appellant.

Appeal from the United States District Court for the District of Massachusetts in case no. 1:03-CV-10392, Judge George A. O'Toole, Jr.

Authorized Abbreviated Caption[2]

MYKROLIS CORP v PALL CORP, 04-1440

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.