FILED
IN THE UNITED STATES DISTRICT COURT IN CLERKS OFFICE
FOR THE DISTRICT OF MASSACHUSETTS

2005 FEB 17  P 2: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MYKROLIS CORPORATION, | ) |
| | ) Consolidated Cases: |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 03-CV-10392 GAO |
| | ) |
| PALL CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

FEE PAID:
RECEIPT # _____
AMOUNT $ 255.00
DEPTY CLK _____
2/17/05

| | |
|---|---|
| PALL CORPORATION, | ) |
| | ) Civil Action No: 04-CV-10887 GAO |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MYKROLIS CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEAL TO THE
## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Notice is hereby given that Pall Corporation, defendant in Civil Action No. 03-CV-10392 GAO and plaintiff in Civil Action No. 04-CV-10887 GAO, appeals to the United States Court of Appeals for the Federal Circuit from the Court's Memorandum and Order

dated January 12, 2005, and entered January 18, 2005, concerning the Court's finding of

contempt and related penalties.

                                   Respectfully submitted,

                                   PALL CORPORATION


Date:  February 17, 2005           _____
                                   H. Michael Hartmann
                                   Mark E. Phelps
                                   Jeremy C. Lowe
                                   LEYDIG, VOIT & MAYER, LTD.
                                   Two Prudential Plaza, Suite 4900
                                   Chicago, IL  60601-6780
                                   (312) 616-5600

                                   Gary R. Greenberg B.B.O. No. 209420
                                   Louis J. Scerra, Jr. B.B.O. No. 543600
                                   GREENBERG TRAURIG, LLP
                                   One International Place
                                   Boston, MA  02110
                                   (617) 310-6000

                                   Attorneys for
                                   PALL CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2005, a true and correct copy of NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT was served upon counsel for Mykrolis Corporation in the manner indicated below:

*Via Facsimile and*
*Overnight Courier:*
Susan G. L. Glovsky
HAMILTON, BROOK, SMITH & REYNOLDS, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA  01742
Fax: (978) 341-0136

*By Hand:*
John T. Montgomery
ROPES & GRAY
One International Place
Boston, MA  02110