## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTEGRIS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PALL CORPORATION, <br><br> Defendant. | ) Consolidated Cases <br> ) <br> ) <br> ) <br> ) Civil Action No. 03-10392-GAO <br> ) <br> ) <br> ) <br> ) <br> ) |
| PALL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ENTEGRIS, INC. , <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-10887-GAO <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Local Rule 16.1(g) and Fed. R. Civ. P. 16(b), Plaintiff Entegris, Inc.

("Entegris") and Defendant Pall Corp. ("Pall") jointly move the Court for an extension of all

pending discovery deadlines in accordance with the schedule set forth below:

24050406_3.DOC

|  | **Previous Deadline** | **New Proposed Deadline** |
|---|---|---|
| Close of Fact Discovery | 12/15/09 | 03/31/10 |
| Joint Claim Chart Of Agreed-Upon Terms, Disputed Terms For Construction and Proposed Constructions To Be Filed | 01/15/10 | 04/30/10 |
| Parties' Opening *Markman* Briefs | 02/12/10 | 05/28/10 |
| Responsive *Markman* Briefs | 03/12/10 | 06/28/10 |
| Reply *Markman* Briefs | 03/26/10 | 07/12/10 |
| Prehearing Statement | 04/12/10 | 07/30/10 |
| *Markman* Hearing | 04/29/10, 2 p.m. | 08/16/10, 2 p.m. or on a date soon thereafter at the convenience of the Court |

As the basis for the requested extension, the parties state as follows:  The parties have made substantial progress in discovery.  To date, Entegris has produced over 70,000 pages and Pall has produced over 1.2 million pages.  The parties intend to substantially complete the production of documents by December 15, 2009.  Despite this progress, the parties require an extension of time in order to properly review the documents and conduct depositions.  Therefore, the parties jointly request a three-and-one-half month extension to the existing schedule to permit the completion of depositions and any other remaining fact discovery.

24050406_3.DOC

Thus, the parties respectfully submit that good cause exists to amend the

scheduling order and respectfully request that this Court enter the agreed upon schedule as

proposed herein.

| ENTEGRIS, INC.<br>By its attorneys,<br><br><br>/s/ Stuart W. Yothers<br>John T. Montgomery BBO# 352220<br>Dalila Argaez Wendlandt BBO# 639280<br>Ropes & Gray LLP<br>One International Place<br>Boston, Massachusetts  02110<br>(617) 951-7000<br><br>Stuart W. Yothers BBO# 662450<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York  10036<br>(212) 596-9000 | PALL CORPORATION<br>By its attorneys,<br><br><br>/s/ Gary R. Greenberg<br>Gary R. Greenberg BBO# 209420<br>Louis J. Scerra BBO# 543600<br>Greenberg Traurig LLP<br>One International Place, 3rd Floor<br>Boston, MA  02110<br>(617) 310-6000<br><br>Mark E. Phelps<br>H. Michael Hartmann<br>L. Scott Beall<br>Leydig, Voit & Mayer, Ltd.<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL  606601-6780<br>(312) 616-5600 |
| Dated:  December 3, 2009 | Dated:  December 3, 2009 |

**Certificate of Service**

I hereby certify that, on December 3, 2009, true and correct copies of the Joint Motion To Modify Scheduling Order filed through ECF will be sent electronically to counsel for the Defendant Pall Corporation who are registered participants as identified on the Notice of Electronic Filing.

/s/ Stuart W. Yothers
Stuart W. Yothers BBO# 662450

24050406_3.DOC