**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ENTEGRIS, INC., | ) | Consolidated Case |
| Plaintiff, | ) | |
| v. | ) | Case No. 03-10392-GAO |
| PALL CORPORATION, | ) | |
| Defendant. | ) | |
| | | |
| PALL CORPORATION, | ) | Consolidated Case |
| Plaintiff, | ) | |
| v. | ) | Case No. 04-10887-GAO |
| ENTEGRIS, INC., | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

1. Pursuant to Rule 41, Fed. R. Civ. P., Entegris, Inc. ("Entegris") and Pall Corporation ("Pall"), by their undersigned attorneys, stipulate that the parties have entered into a confidential settlement agreement and that this action, including complaint, answer and counterclaims, be dismissed, with prejudice.

2. This stipulated order of dismissal shall serve as authorization for the Clerk to release (a) the bond posted by Entegris pursuant to the order entered April 30, 2004, and (b) the cash bond posted by Pall on February 10, 2006 pursuant to the order entered on February 3, 2006, to their respective posters forthwith.

3. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: January 14, 2011

*/s/ Stuart W. Yothers*
John T. Montgomery (BBO# 352220)
Dalila Argaez Wendlandt (BBO# 639280)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Telephone:  617-951-7000

Stuart W. Yothers (BBO # 662450)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone:  212-596-9000

ATTORNEYS FOR ENTEGRIS, INC.

Dated: January 14, 2011

*/s/ Gary R. Greenberg*
H. Michael Hartmann
Mark E. Phelps
L. Scott Beall
LEYDIG, VOIT & MAYER, LTD
Two Prudential Plaza, Suite 4900
Chicago, IL 60601
Telephone:  312-616-5600

Gary R. Greenberg
Louis J. Scerra
GREENBERG TRAURIG LLP
One International Place
Boston, Massachusetts  02110
Telephone:  617-310-6000

ATTORNEYS FOR PALL CORPORATION

IT IS SO ORDERED.

Dated:  _____, 2011    _____
Honorable George A. O'Toole, Jr.
United States District Court

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 14, 2011, true and correct copies of the foregoing Stipulation And [Proposed] Order Of Dismissal filed through ECF will be sent electronically to counsel for the Defendant Pall Corporation who are registered participants as identified on the Notice of Electronic Filing.  A courtesy copy will be sent by the following means:

| **By Fed Ex Overnight:** | **By Fed Ex Overnight:** |
|---|---|
| Mark E. Phelps | Gary R. Greenberg |
| H. Michael Hartmann | Louis J. Scerra |
| L. Scott Beall | GREENBERG TRAURIG LLP |
| LEYDIG, VOIT & MAYER, LTD. | One International Place |
| Two Prudential Plaza, Suite 4900 | Boston, MA 02110 |
| Chicago, IL 60601 | |

*/s/ Stuart W. Yothers*
      Stuart W. Yothers